DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

———————————————

JAMES M. CUYLER,

Appellant,

v.

JASON L. MARGOLIN; STATE OF FLORIDA; CHIEF JUSTICE, FLORIDA
SUPREME COURT, CARLOS G. MUNIZ; JUDGE AMY WILLIAMS; and
SENIOR ASSISTANT ATTORNEY, JESSICA SCHWIETERMAN,

Appellees.

No. 2D2025-1630

———————————————

June 12, 2026

Appeal from the Circuit Court for Hillsborough County; Paul L. Huey,
Judge.

James M. Cuyler, pro se.

Kristen M. Fiore of Akerman LLP, Tallahassee, and John L. Dicks, II of
Akerman LLP, Tampa, for Appellee Jason L. Margolin.

No appearance for remaining Appellees.

PER CURIAM.

    Affirmed.

LUCAS, C.J., and VILLANTI and GUARD, JJ., Concur.

———————————————

Opinion subject to revision prior to official publication.